**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1388**

FATOUMA KITETE,

        Petitioner,

      v.

WILLIAM P. BARR, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  July 17, 2019                       Decided:  August 14, 2019

Before KEENAN, FLOYD, and THACKER, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Fatouma Kitete, Petitioner Pro Se.  Carmel A. Morgan, Tim Ramnitz, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fatouma Kitete, a native of Egypt and a citizen of Zaire (now the Democratic Republic of the Congo), petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reopen removal proceedings sua sponte. We lack jurisdiction to review how the agency exercises its sua sponte discretion. *See Lawrence v. Lynch,* 826 F.3d 198, 206 (4th Cir. 2016); *Mosere v. Mukasey,* 552 F.3d 397, 400-01 (4th Cir. 2009). Accordingly, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*